Michael Graf, appellee, v. Edward Kearns, Jr., appellant. Gen. No. 9,116.

Opinion filed April 14, 1937.
Scott & White, for appellant. Alschuler, Putnam & Johnson, for appellee; Edward F. Streit and William C. O'Brien, of counsel.
Mr. Justice Wolfe delivered the opinion of the court.

Flora Kirby, executrix of Last Will and Testament of James J. Kirby, deceased, appellant, v. Mack Shrontz et al., appellees. Gen. No. 9,181.

Opinion filed April 14, 1937.
James T. Burns, for appellant. V. A. Parish, for certain appellee.
Mr. Justice Wolfe delivered the opinion of the court.

Virginia Warren, appellant, v. City of Waukegan, appellee. Gen. No. 9,184.

Opinion filed April 14, 1937.
Lloyd T. Bailey and Harold J. Tallett, for appellant; Joseph W. Bailey and Clarence M. Dunagan, of counsel. George S. McGaughey, Corporation Counsel, for appellee; Charles L. Whyte, of counsel.
Mr. Justice Wolfe delivered the opinion of the court.

Elizabeth Marston, administratrix of estate of Leslie Marston, deceased, appellant, v. Chicago, Burlington & Quincy Railroad Company, appellee. Gen. No. 9,192.

Opinion filed April 14, 1937. Rehearing denied and supplemental opinion filed June 21, 1937.
Weil & Weil, for appellant. Jack, Irwin & Seidenberg and Andrew C. Scott, for appellee; J. C. James, of counsel.
Mr. Justice Wolfe delivered the opinion of the court.

E. G. Schmieg, appellee, v. Travelers Fire Insurance Company, appellant. Gen. No. 9,164.

Opinion filed May 18, 1937.
H. L. Richolson, for appellant. William Zwanzig, for appellee.
Mr. Justice Dove delivered the opinion of the court.